UNITED STATES of America,
Plaintiff–Appellee,

v.

Vincent SAVAGEAU, Defendant–
Appellant.

No. 07–14701
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 17, 2008.

Amy Lee Copeland, U.S. Attorney's Office, Savannah, GA, Edmund A. Booth, Jr., Acting U.S. Attorney, Savannah, GA, for Plaintiff–Appellee.

William C. Davison, Evans, GA, for Defendant–Appellant.

Before BIRCH, DUBINA and CARNES, Circuit Judges.

PER CURIAM:

William Davison, appointed counsel for Vincent Savageau in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and